### 16523.   PATTERSON *v.* THE STATE.

LUKE, J.  The evidence authorized the conviction; the charge of the court, when read in its entirety, is not erroneous for the reasons pointed out in the specific assignments of error; the court, in refusing to grant the motion for a continuance, did not abuse the discretion invested by law; and for no reason pointed out by the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 20, 1925.

Conviction of shooting at another; from Bibb superior court— Judge Mathews. April 25, 1925.

*W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.